**Maria Del Socorro Garcia ARROYO, et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–75375.

United States Court of Appeals, Ninth Circuit.

June 9, 2006.

Nadeem H. Makada, Esq., Burlingame, CA, for Petitioners.

**626**

Ronald E. LeFevre, Chief Counsel, San Francisco, CA, and Alison R. Drucker, Esq., Washington, DC, for Respondent.

Agency Nos. A79–587–269, A79–587–270.

Before: GOODWIN, W. FLETCHER, FISHER, Circuit Judges.

ORDER GRANTING PETITION FOR REHEARING; WITHDRAWING MEMORANDUM DISPOSITION

The petitioners' petition for panel rehearing is GRANTED. The memorandum disposition filed on December 14, 2005, is WITHDRAWN.